[No. 13257-9-III.   Division Three.   July 6, 1995.]

ROBERT W. ELDER, *Appellant*, v. ROBERTA M. KUHLMAN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 91-2-01232-5, Susan L. Hahn, J., entered April 16, 1993. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, A.C.J., and Munson, J.


[No. 13301-0-III.   Division Three.   July 6, 1995.]

THE STATE OF WASHINGTON, *Appellant*, v. MELECIO LEDEZMA ESCOBEDO, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 92-1-01774-7, F. James Gavin, J., entered April 23, 1993. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Thompson, C.J., and Munson, J.


[No. 13675-2-III.   Division Three.   July 6, 1995.]

ELIZABETH KENDALL, *Appellant*, v. MH BUILDERS, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 92-2-00460-8, Yansey Reser, J., entered October 25, 1993. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Schultheis, JJ.